UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ALEXANDER GOMEZ,

Plaintiff,

-against-

PARA MAC HOLDING LLC, et al.,

Defendants.

----------------------------------------------------------------x

24-CV-05067 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to the case management plan, discovery in this case closed on July 21, 2026. See ECF No. 15 at 3. The parties are directed to file a joint letter on the status of the case by **August 14, 2026**, including whether discovery is complete, and the anticipated next steps.

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

VALERIE FIGUEREDO
United States Magistrate Judge